IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-02141-MSK-NYW

REGINA HILTON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
CREDIT UNION OF THE ROCKIES,

    Defendant.

---

## ORDER GRANTING STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE
_____

    Plaintiff Regina Hilton has announced to the Court that all matters in controversy against Defendant Experian Information Solutions, Inc. have been resolved. A Stipulation to Dismiss Experian with Prejudice has been signed and filed with the Court. Having considered the Stipulation,

    **IT IS ORDERED** that the claims and causes of action asserted herein by Plaintiff Regina Hilton against Defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice, with costs and attorneys' fees to be paid by the party incurring the same.

    DATED this 29th day of December, 2015.

                                                    **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Court